Richard N. Sox (pro hac vice)
W. Kirby Bissell (pro hac vice)
Bass Sox Mercer
2822 Remington Green Circle
Tallahassee, Florida 32308
(850) 878-6404 (Phone)
(850) 942-4869 (Facsimile)
rsox@dealerlawyer.com
kbissell@dealerlawyer.com

*Counsel for Plaintiff*

E. Andrew Burcher, VSB #41310
Matthew A. Westover, VSB #82798
Walsh, Colucci, Lubeley, & Walsh, P.C.
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
(703) 680-4664 (Phone)
(703) 680-2161 (Facsimile)
eaburcher@thelandlawyers.com
mwestover@thelandlawyers.com

*Co-Counsel for Plaintiff*
*in Eastern District of Virginia*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Direct Auto Management, Inc. v. Volkswagen Group of America, Inc., et. al*, No. 3:18-cv-0335-CRB | MDL DOCKET NO. 2672 CRB (JSC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Honorable Charles R. Breyer |

NOTICE IS HEREBY GIVEN by Plaintiff Direct Automotive Management, Inc. ("Plaintiff"), through its undersigned counsel, that the claims asserted by Plaintiff against Defendants Robert Bosch LLC and Robert Bosch GmbH (together, the "Bosch Defendants," and with Plaintiff, the "Parties") in the action captioned *Direct Automotive Management, Inc. v. Volkswagen Group of America, Inc. et al.*, Case No. 3:18-cv-00335-CRB (N.D. Cal.) be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Bosch Defendants have not filed an answer or a motion for summary judgment in this action.

Each party shall bear its own fees and costs, including attorneys' fees, in connection with this action.

Dated: September 16, 2020

BASS SOX MERCER

By: /s/ *W. Kirby Bissell*
Richard N. Sox (pro hac vice)
W. Kirby Bissell (pro hac vice)
2822 Remington Green Circle
Tallahassee, Florida 32308
Phone: 850-878-6404
Fax: 850-942-4869
rsox@dealerlawyer.com
kbissell@dealerlawyer.com

*Lead Counsel for Plaintiff*

WALSH, COLUCCI, LUBELEY,
& WALSH, P.C.

E. Andrew Burcher, VSB #41310
Matthew A. Westover, VSB #82798
4310 Prince William Parkway, Suite 300
Prince William, VA 22192
Phone: (703) 680-4664
Fax: (703) 680-2161
eaburcher@thelandlawyers.com
mwestover@thelandlawyers.com

*Co-Counsel for Plaintiff
in Eastern District of Virginia*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: September 16, 2020      CLEARY GOTTLIEB STEEN & HAMILTON LLP

      /s/ *Carmine D. Boccuzzi, Jr.*

      Carmine D. Boccuzzi, Jr.